SANDALE DEVELOPMENT CORP., Plaintiff, v. FRANKLIN NATIONAL BANK, Respondent, and GALE-OPPENHEIMER, Appellant, et al., Defendants.—

Christ,
P. J., Rabin, Hopkins, Munder and Martuscello, JJ., concur.